# United States Court of Appeals
## For the First Circuit

Nos. 14-1227
    14-1250

UNITED STATES OF AMERICA

Appellee,

v.

CHRISTOPHER S. GODFREY; DENNIS FISCHER,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court issued on May 26, 2015, is amended as follows:

On page 13, line 6, the word "them" is replaced with "it"

On page 13, lines 10-11, the quotation marks from the parenthetical are removed.